**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MARK A. KENDALL | ) | Case No. 10-29564 MER |
| | ) | Chapter 7 |
| Debtor. | ) | |

## ORDER RE: TRUSTEE'S FORTHWITH MOTION FOR SANCTIONS AND OTHER APPROPRIATE RELIEF PURSUANT TO 11 U.S.C. § 105(A) AND § 521(a)(3) FOLLOWING HEARING ON AUGUST 4, 2014

This matter came before the Court on the Trustee's Forthwith Motion for Sanctions and Other Appropriate Relief Pursuant to 11 U.S.C. § 105(a) and § 521(a)(3) and Request for Emergency Hearing ("Motion") followed by an evidentiary hearing commencing and concluding on August 4, 2014 ("Hearing"). The Court, having reviewed the Motion and the file in this matter, taken evidence and heard testimony at the Hearing, and being fully apprised of the premises, has determined that for the reasons stated of record, and there being good cause therefore, the Trustees Motion is GRANTED as follows:

IT IS HEREBY ORDERED that Debtor and Janet K. Kendall (collectively "the Kendalls") are prohibited from entering or encroaching on real property located at 5436 West Seventh Street Road, Greeley, Colorado (the "Subject Property"). This restriction extends to the outermost boundaries of the Subject Property. This restriction will be effective for a full calendar year commencing on August 4, 2014.

IT IS FURTHER ORDERED that the Kendalls are enjoined from (a) interfering with the Trustee's efforts to maintain, repair, market, and sell the Subject Property and (b) encouraging others, including but not limited to neighbors living in the vicinity of the Subject Property, to take any action described in this paragraph.

IT IS FURTHER ORDERED that the Kendalls are specifically enjoined from contacting the listing agent(s) involved with the marketing and/or purchase of the Subject Property; workers employed to perform labor or services at or within the Subject Property; potential purchasers of the Subject Property; actual purchasers of the Subject Property; as well as the agents, employees, colleagues, or similar representatives of the preceding persons. The Kendalls are also enjoined from encouraging others, including but not limited to neighbors living in the vicinity of the Subject Property, to take any action described in this paragraph.

IT IS FURTHER ORDERED that the Court awards the Trustee the expenses shown in the invoices submitted to the Court as Trustee Exhibits 45, 46, 47, and 53. As such, joint and several judgment shall enter against the Kendalls for $3,701.44. Trustee may request further reimbursements and or/damages in future motions that will be judged upon their own merits.

IT IS FURTHER ORDERED THAT the benefit and enforcement of all provisions of this Order shall extend to the Trustee and the Trustee's assigns, including but not limited to any purchasers of the Subject Property, with the exception that the $3,701.44 money judgment is enforceable by Trustee or any person to whom said money judgment is specifically assigned.

IT IS FURTHER ORDERED THAT pursuant to Mark Kendall's consent in court, the Trustee may serve any future papers on Mark Kendall at P.O. Box 336312, Greeley, Colorado 80633 and such service shall be deemed to be personal service on Mark Kendall.

Dated this 7th day of August, 2014.

BY THE COURT

The Honorable Michael E. Romero
United States Bankruptcy Judge