**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**Honorable Michael E. Romero**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 10-29564 MER |
| MARK A. KENDALL | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## **JUDGMENT**

Pursuant to and in accordance with the Order entered by the Honorable Michael E. Romero, United States Bankruptcy Judge, on August 8, 2014,

**IT IS ORDERED AND ADJUDGED** as follows:

Judgment is hereby entered in favor of Jolie Lofstedt, Chapter 7 Trustee and against Mark A. Kendall and Janet Kendall, jointly and severally, in the amount of $3,701.44.

Dated: August 8, 2014

FOR THE COURT:
KENNETH S. GARDNER, CLERK

____________________________________
Deputy Clerk

APPROVED AS TO FORM:

____________________________________
Michael E. Romero, Judge