***UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO***

***Minutes of Proceeding***

**Date: November 10, 2014** **Honorable Michael E. Romero, Presiding**

**In re: MARK A. KENDALL** **Case No. 10-29564 MER**
**Chapter 7**

Debtor.

| | Appearances | | |
|---|---|---|---|
| Trustee | **Chapter 7 Trustee Joli Lofstedt** | Counsel | **Jim Marcus and Devi Yorti** |
| Debtor | **Mark Kendall, *pro se*** | Counsel | |
| Creditor | **SummitBridge Credit Investments LLC** | Counsel | **Bart Burnett** |
| Creditor | | Counsel | |

Proceedings: **Chapter 7 Trustee's Motions to Approve Compromise and for Order Approving Sale of Properties, and the Debtor's response thereto**

**[ X ] Evidentiary**

**[ X] Offer of Proof**
**[ ] Exhibits:**
**[ ] Witnesses Sworn:**

**Orders:**

**[ X ] As set forth on the record, the Debtor’s Objection to the Trustee’s Motions are deemed withdrawn.**

**[ X ] Based on the offer of proof, the Court will grant the Trustee’s Motions to Approve Compromise and for Order Approving Sale of Properties by separate orders.**

**Date: November 10, 2014**

FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: ____________________________________________